# United States District Court
# Northern District of New York
# Civil Judgment

United States of America,
                Plaintiff,

v                                           Case Number
                                                5:06cv305 (FJS/GHL)

One 1999 Ford Expedition,
VIN 1FMRU1861XLB98912
New York License Plate No.
CMD-2955,
                Defendant(s)

[X]    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

The Court having before it a Stipulated Agreement of the parties to the above-referenced action, and the parties having agreed to its terms as indicated by their signatures, it is hereby;

ORDERED AND ADJUDGED, the claimants have sixty (60) days from the date of the Order by the United States Magistrate Judge George H. Lowe, dated June 2, 2008, to pay the sum of $3,000.00 to the United States Marshals Service and upon receipt of payment, the United States of America will, within thirty (30) days, release said vehicle, and it is further,

ORDERED AND ADJUDGED, that the sum of $3,000.00 in United States currency is to be forfeited to the United States of America and it is further,

ORDERED AND ADJUDGED, that the United States Marshals Service for the Northern District of New York will be directed to dispose of the $3,000.00 in United States currency in accordance with law, and it is further,

ORDERED AND ADJUDGED, that the 1999 Ford Expedition, VIN #1FMRU1861XLB98912, New York License Plate No. CMD-2955 shall be returned to the claimant, Tudor C. Thomas, Jr., by and through his attorney, John A. LoFaro, Esq., 307 South Clinton Street, Syracuse, New York, 13202.  Each side it to bear it own costs.

All of the above pursuant to an Order of United States Magistrate Judge, George H. Lowe, dated June 2, 2008.

Dated:  June 3, 2008                                     LAWRENCE K. BAERMAN,

                                                                               s/
                                                                     _____
                                                                     Marie N. Marra, Deputy Clerk